IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY VOGELER, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**COLUMBIA ACORN TRUST and COLUMBIA WANGER ASSET MANAGEMENT, LP,**

**Defendants.**                                    No. 03-CV-0843-DRH

## ORDER

**HERNDON, District Judge:**

Pursuant to the mandate of the Seventh Circuit in ***In re Mutual Fund Market-Timing Litigation*, 2006 U.S. App. LEXIS 25660 (7th Cir. 2006)**, which vacated this Court's Order dismissing the case (Doc. 50), the Court **REMANDS** this action to the Madison County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 29th day of November, 2006.

/s/      David  RHerndon
**United States District Judge**

1