

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

December 5, 2006



DEC 05 2006

CLERK OF CIRCUIT COURT #1
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

Clerk of the Circuit Court
Madison County Courthouse
155 North Main Street
Edwardsville, IL 62025

RE: Vogeler, et al. vs. Columbia Acorn Trust, et al.
District Court No. 03-843-DRH
State Court No. 03-L-1550

Enclosed is a copy of the Order of Judge David R. Herndon filed November 29, 2006 remanding the above mentioned cause to your Court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,

NORBERT G. JAWORSKI, Clerk

By: s/ Lisa M. Braun
Deputy Clerk

Enclosure
Copy to counsel of record

Received by Dina Burch
Date 12-5-06

CV-11
(6/99)